USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/16

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

DEKALB COUNTY EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of others similarly situated,

Plaintiffs,

-against-

CONTROLADORA VUELA COMPANIA DE AVIACION, S.A.B. de C.V., et al.,

Defendants.

---------------------------------------------------------X

15 **CIVIL** 1337

**JUDGMENT**

Defendants having moved to dismiss the Amended Complaint ("Am. Compl.") on the ground that the alleged misstatements were immaterial, and the matter having come before the Honorable William H. Pauley, United States District Judge, and the Court, on July 6, 2016, having rendered its Opinion & Order granting Defendants' motion to dismiss and dismissing with prejudice the Lead Plaintiff's Section 11 and Section 15 claims; and directing the Clerk of Court to terminate the motion pending at ECF No. 50 and mark this case closed, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 6, 2016, Defendants' motion to dismiss is granted, and Lead Plaintiff's Section 11 and Section 15 claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
July 6, 2016

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K Mango

**Deputy Clerk**